# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| Plaintiff, | Case No. 20-CR-32-1-JPS |
| v. | |
| MARQUIS TOWNSEND, | **ORDER** |
| Defendant. | |

On October 23, 2020, the Court granted the Government's motion for a preliminary order of forfeiture as to certain property of Defendant. (Docket #34). The Government now seeks to convert that preliminary order into a final order pursuant to 21 U.S.C. § 853. (Docket #61). The Court, having reviewed the Government's submissions and the relevant authorities, and being satisfied that the required notice has been given, *see* (Docket #62, #62-1), will grant the motion.

Accordingly,

**IT IS ORDERED** that the Government's motion for entry of a final order of forfeiture (Docket #61) be and the same is hereby **GRANTED**; and

**IT IS FURTHER ORDERED** that, pursuant to 21 U.S.C. § 853, the United States of America has clear title to the following property and may dispose of it according to law: the approximately $169,108 in United States currency seized from a safe located at 6XXX N. Milwaukee River Parkway, Glendale, on or about January 28, 2020.

Dated at Milwaukee, Wisconsin, this 3rd day of December, 2021.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge